| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Legal Officer |
| | NATIONAL PARK SERVICE |
| 3 | Legal Office |
| | P.O. Box 517 |
| 4 | Yosemite, California 95389 |
| | Telephone: (209) 372-0241 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:17-PO-0825-MJS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| PAUL E. BLANKENSHIP, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The parties have reached a deferred prosecution agreement.

Dated: April 2, 2018           /S/ Susan St. Vincent
                               Susan St. Vincent
                               Legal Officer
                               Yosemite National Park

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Blankenship,* 6:17-po-0825-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: April 2, 2018 　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE